# COVINGTON & BURLING LLP

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

P. BENJAMIN DUKE
TEL 212.841.1072
PBDUKE@COV.COM

November 19, 2009

<u>By Electronic Filing</u>

The Hon. E. Thomas Boyle
Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:    Royal & Sun Alliance Insurance PLC. *et al.* v. Setton International Foods, *et al.*
              Docket No. 09-3197-cv (JS)

Dear Judge Boyle:

        We represent Defendants Setton International Foods, Inc., *a/k/a* Setton's International Foods, Inc., and Setton Pistachio Company of Terra Bella, Inc., in the above-referenced case, which was filed with the Court on July 24, 2009.

        Plaintiffs have agreed to extend Defendants' time to answer or otherwise respond to the Complaint to December 11, 2009. Accordingly, we request that the current deadline be adjourned to the foregoing date.

        The Court has granted three previous requests, with all parties' consent, for an adjournment of this deadline. As we previously advised the Court, the parties are engaged in discussions concerning a potential resolution of this matter, but unanticipated events have again prolonged that process. The adjournment requested by this letter will provide the parties with time needed to determine whether such a resolution can be reached, thereby avoiding any unnecessary burden upon the Court's resources.

        In light of the adjournments to date, Plaintiffs and Defendants also jointly request that the conference before the Court currently scheduled for December 4, 2009, be adjourned. The parties suggest an adjourned date in the first half of January 2010.

                                                            Yours sincerely,

                                                            P. Benjamin Duke

cc:  Lawrence W. Pollack, Esq.
      Marialuisa Gallozzi, Esq.